JOHN J. MCALLISTER, respondent,

*v.*

MCALLISTER COAL COMPANY et al., appellants.

[Decided January 22d, 1937.]

*Messrs. McCarter & English,* for the respondent.

*Messrs. Babcock & Champion,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy and reported in *120 N. J. Eq. 394.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.